UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAUS P. GARIEPY,<br><br>            Plaintiff,<br><br>      v.<br><br>PETERSON ENTERPRISES, INC., a Washington Corporation, Doing Business As VALLEY EMPIRE COLLECTION,<br><br>            Defendant. | NO. CV-09-0224-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On September 22, 2009, the parties filed a Stipulation of Dismissal. (Ct. Rec. 7.)  Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** without fees and costs to any party.

2. This file shall be closed.

3. All pending motions are **DENIED** as moot.  All hearings are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this _____23rd_____ day of September 2009.


                              s/Edward F. Shea
                              EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2009\224.Stip.Dismiss.wpd

ORDER ~ 1